[No. 68539-2-I. Division One. July 22, 2013.]

MARY FUNG KOEHLER, *Appellant*, v. REXFORD LAWRENCE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-05568-0, Richard D. Eadie, J., entered December 30, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Cox, J.

[No. 68618-6-I. Division One. July 22, 2013.]

CRYSTAL RIDGE HOMEOWNERS ASSOCIATION ET AL., *Respondents*, v. THE CITY OF BOTHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-10147-9, Ronald L. Castleberry, J., entered April 5, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 68718-2-I. Division One. July 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS LAVONN MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07145-2, Laura Gene Middaugh, J., entered April 26, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Verellen, J.

[No. 68767-1-I. Division One. July 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA RICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06292-5, Catherine D. Shaffer, J., entered April 13, 2012. *Dismissed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Dwyer, JJ.